United States District Court
Southern District of Texas
**ENTERED**
October 16, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **ABIGAEL OJONIKO ENECHE** | § | |
| ***Petitioner*,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-08716** |
| **MARTIN FRINK, *et al.*,** | § | |
| ***Respondents*.** | § | |

**ORDER**

Petitioner Abigeal Ojoniko Eneche has filed a Petition for Writ of Habeas Corpus (ECF No. 1) and Federal Respondents filed a Motion for Summary Judgment (ECF No. 10). The Court has set a hearing on the Petition and Motion for Friday, October 30, 2026 at 1:30 PM. Respondents are hereby **ORDERED** to ensure that Petitioner can participate in that hearing in person at the United States Courthouse, 515 Rusk St, Courtroom 3A, Houston, Texas. Respondents are further **ORDERED** to inform the Court if Petitioner requires a translator.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 16th day of October, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE